**Appeal Dismissed and Memorandum Opinion filed April 4, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00098-CV

---

### STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant

### V.

### MARIO TOPETE, Appellee

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2018-76103**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed January 14, 2022. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On February 14, 2023, notification was transmitted to appellant of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court

with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed to that notice. On March 14, 2023, appellant was ordered to demonstrate to this court within 10 days that arrangements had been made to pay for the clerk's record. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would make the appeal subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 37.3(b). Appellant has not filed any response demonstrating it has made arrangements to pay for the record. Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.